## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HT S.R.L.,**<br><br>                    **Petitioner,**<br><br>        **v.**<br><br>**LUIS ALEJANDRO VELASCO,**<br><br>                    **Respondent.** | Misc. Action No. 1:15-mc-00664-RBW-AK |

## NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Fed. R. Civ. P., Petitioner, HT S.R.L. hereby dismisses this

action.  Respondent consents to the dismissal. Each party is responsible for their own attorneys'

fees and costs.

Dated: August 3, 2018

Respectfully submitted,

By: /s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz
(DC Bar No. 346569)
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC  20006
Telephone:   202.677.4056
Facsimile:    202.677.4057
Jeffrey.jacobovitz@agg.com

*Attorney for Petitioner HT S.R.L.*

By: /s/ Rebecca LeGrand
Rebecca LeGrand
(DC Bar No. 493918)
LeGrand Law PLLC
1775 Eye Street NW, Suite 1150
Washington, DC 20006
(202) 587-5725
rebecca@legrandpllc.com

*Attorney for Respondent Luis Alejandro Velasco*

8953448v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HT S.R.L.,** | |
| **Petitioner,** | Misc. Action No. 1:15-mc-00664-RBW-AK |
| **v.** | |
| **LUIS ALEJANDRO VELASCO,** | Related to: |
| **Respondent.** | Case No. 15-mc-00177 (D. Md.) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August 2018 that I caused a copy of the foregoing

document to be served upon the Court and counsel for Mr. Velasco via the CM/ECF system.

/s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz

- 2 -