# EXHIBIT 1

## Jacobovitz, Jeffrey S.

**From:** Rebecca LeGrand <rebecca@legrandpllc.com>
**Sent:** Friday, August 03, 2018 9:09 AM
**To:** Jacobovitz, Jeffrey S.
**Subject:** Re: Velasco
**Attachments:** image002.jpg

Thanks Jeff, you have our consent.

LeGrand Law PLLC
1775 Eye Street NW, Suite 1150
Washington, DC 20006
(202) 587-5725
rebecca@legrandpllc.com

On Fri, Aug 3, 2018, 9:03 AM Jacobovitz, Jeffrey S. <Jeffrey.Jacobovitz@agg.com> wrote:

Rebecca:

Since the Italian matter was resolved, we intend to file a notice of dismissal today with each side responsible for their own attorneys' fees and costs. Please let me know if you consent.

Jeff

**Jeffrey S. Jacobovitz**

**Partner**

Arnall Golden Gregory LLP
1775 Pennsylvania Avenue, NW

Suite 1000

Washington, DC 20006

p: 202.677.4056 f: 202.677.4057

jeffrey.jacobovitz@agg.com | bio | linkedin | vcard | website

1