# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HT S.R.L.,**<br><br>                      **Petitioner,**<br>   **v.**<br><br>**LUIS ALEJANDRO VELASCO,**<br><br>                      **Respondent.** | Misc. Action No. 1:15-mc-00664-RBW-AK |

## ORDER

It is so ORDERED on this _____ day of August, 2018, that this action is hereby dismissed. Each party is responsible for their own attorneys' fees and costs.

_____
Reggie B. Walton
United States District Judge

8953448v1